Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA  90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
STOCKFOOD AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKFOOD AMERICA, INC., | Case No.:  2:19-cv-08543 |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| JOONG-ANG DAILY NEWS CALIFORNIA, INC. dba KOREA DAILY NEWS, | **Demand for Jury Trial** |
| Defendant. | |

## **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff STOCKFOOD AMERICA, INC. by and through its undersigned counsel, brings this Complaint against Defendant JOONG-ANG DAILY NEWS

1

CALIFORNIA, INC. dba KOREA DAILY NEWS for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff STOCKFOOD AMERICA, INC. ("Stockfood") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Stockfood's original copyrighted works of authorship.

2. Stockfood is the world's leading food image agency. Stockfood has a unique collection of food images, videos, features and recipes on the worldwide subject of food and drink. Stockfood was founded in Munich, Germany by photographer Pete A. Eising. In 1996, Stockfood founded a sales office in Kennebunk, Maine, and in 2007, in London, England. Stockfood specialized in the art of food from the very beginning. In addition to a renowned food photography studio, Studio Eising, the company initially offered exclusively rights-managed images. In 2002 the offering was expanded to include royalty-free images, and in 2008 videos were added, together with an in-house production studio.

3. In 2011, features – complete articles including images and text – became available too. Today, an in-house editorial team can supply appropriate text of all images, videos, feature articles and recipes. Stockfood content and productions can be found in high-quality print publications, mobile apps, advertisements, books and calendars worldwide.

4. Defendant JOONG-ANG DAILY NEWS CALIFORNIA, INC. DBA KOREA DAILY NEWS ("KDN") is a news media company that focuses on the Korean culture. Upon information and belief, KDN owns and operates the website at the URL www.koreadaily.com (the "Website")

5. Stockfood alleges that KDN copied Stockfood's copyrighted Work from the internet in order to advertise, market and promote its business activities. KDN committed the violations alleged in connection with KDN's business for purposes of advertising and promoting sales to the public in the course and scope of KDN's business.

**JURISDICTION AND VENUE**

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. KDN is subject to personal jurisdiction in California.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

10. Joong-Ang Daily News California, Inc. dba Korea Daily News is a California Corporation with its principal place of business at 690 Wilshire Place, Los

SRIPLAW
LOS ANGELES, CALIFORNIA

1 Angeles, California, 90005, and can be served by serving its Registered Agent,

2 Yoonho Nahm at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

4  11. In 2002, Stockfood created a photograph entitled "00663926.jpg", which is shown below and referred to herein as the "Work".



12. Stockfood registered the Work with the Register of Copyrights on March 13, 2008 and was assigned the registration number VA 1-652-931. The Certificate of Registration is attached hereto as Exhibit 1.

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.: 2:19-CV-08543

13.     At all relevant times Stockfood was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14.     KDN has never been licensed to use the Work at issue in this action for any purpose.

15.     On a date after the Work at issue in this action was created, but prior to the filing of this action, KDN copied the Work.

16.     KDN copied Stockfood's copyrighted Work without Stockfood's permission.

17.     After KDN copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of news media website.

18.     KDN copied and distributed Stockfood's copyrighted Work in connection with KDN's business for purposes of advertising and promoting KDN's business, and in the course and scope of advertising and selling products and services.

19.     Stockfood's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20.     KDN committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21.     Stockfood never gave KDN permission or authority to copy, distribute or display the Work at issue in this case.

22. Stockfood notified KDN of the allegations set forth herein on April 1, 2019. To date, KDN has failed to respond to Plaintiff's Notice.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 222 of this Complaint as if fully set forth herein.

24. Stockfood owns a valid copyright in the Work at issue in this case.

25. Stockfood registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. KDN copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Stockfood's authorization in violation of 17 U.S.C. § 501.

27. KDN performed the acts alleged in the course and scope of its business activities.

28. KDN's acts were willful.

29. Stockfood has been damaged.

30. The harm caused to Stockfood has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Joong-Ang Daily News California, Inc. dba Korea Daily News that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: October 3, 2019

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Stockfood America, Inc.